THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOK-LYN, QUEENS COUNTY AND SUBURBAN RAILROAD COM-PANY, Appellant, *v.* ALFRED E. STEERS, President of the Borough of Brooklyn, City of New York, Respondent.

*People ex rel. Brooklyn, Q. C. & S. R. R. Co. v. Steers,* 158 App. Div. 153, affirmed.

(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to issue a permit to the relator to enter upon and open Troy avenue for the purpose of laying railroad tracks.

*Charles L. Woody* and *George D. Yeomans* for appellant.

*Frank L. Polk, Corporation Counsel* (*William P. Burr* and *William J. Clarke* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ,